Edward A. Narup and Paula Narup, Plaintiffs-Appellees, v. Robert L. Higgins, Defendant-Appellant.

Gen. No. 64-F-32. (Abstract of Decision.)

Fifth District.
August 17, 1964.

Ralph T. Smith, and John Dale Stobbs, of Alton, for appellant; Thomas & Mottaz, of Alton, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.